**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SHANNON BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-cv-00042-HEA |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Portfolio Recovery Associates, LLC ("Portfolio" or "Defendant") files the following Statement of Uncontroverted Material Facts:

1.      On or about November 29, 2016, PRA purchased Plaintiff's Maurices merchant account—an account upon which Plaintiff had defaulted—from Comenity Bank (hereinafter "Account").  (Declaration of Itina Spellman in Support of Portfolio's Motion for Summary Judgment ("Spellman Decl."), attached hereto as "**Exhibit A**," ¶ 2.)

2.      Comenity Bank had charged off the Account on December 17, 2015 and on December 10, 2016, Maurices sent Plaintiff a letter advising that her account had been charged off on December 17, 2015 and sold to Portfolio.  (Ex. A ¶ 3.)

3.      Plaintiff has not disputed that Portfolio owns the Account.  (Doc. 1.)

4.      Plaintiff has not disputed the amount owed on the Account.  (Doc. 1.)

5.      Plaintiff alleges that her telephone number that Portfolio contacted her at is xxx-xxx-1057.  (Declaration of Joshua C. Dickinson in Support of Motion for Summary Judgment ("Dickinson Decl."), attached hereto as "**Exhibit B**," ¶ 12.)

1

6.      Portfolio maintains account notes and call recordings pertinent to Plaintiff's Account, and all calls made by Portfolio are included in the account's call history.  (Ex. A ¶¶ 4-5.)

7.      Portfolio has a policy and procedure pertaining to verbal "do not call" requests and per the procedure, if the customer informs Portfolio not to call, Portfolio's representatives inform the customer that calls are discontinued for seven days as a courtesy to allow time for a written request to arrive and that if Portfolio does not receive it in that time period, it will continue to check back with the customer.  (Ex. A ¶ 7.)

8.      At no time did Plaintiff ask Portfolio to cease telephoning her in connection with her Account.  (Ex. A ¶ 5.)

9.      Portfolio telephoned Plaintiff to collect the debt, and had no intent to annoy, abuse, or harass Plaintiff.  (Ex. A ¶ 6.)

10.     If Plaintiff had verbally requested that Portfolio "do not call," Portfolio's procedures required the representative to notate "N1 stated DNC."  (Ex. A ¶ 8.)

11.     Plaintiff's Account notes contain no notation that "N1 stated DNC."  (Ex. A ¶ 8.)

12.     Portfolio received no written request from Plaintiff asking Portfolio to cease telephoning her.  (Ex. A ¶ 10.)

13.     Portfolio has written procedures that require Portfolio to cease telephoning a debtor when it receives a written request from the debtor to cease telephoning the debtor.  (Ex. A ¶ 11.)

14.     Plaintiff has no documents to support her allegation that she informed Portfolio that she did not wish to be contacted.  (Ex. B ¶ 14; see also Ex. B at Exs. B-1, B-3 and B-4.)

2

15.     Plaintiff has no call recordings of any calls between her and Portfolio.  (Ex. B ¶ 7.)

16.     Despite Portfolio's inquiry, Plaintiff has not identified any particular calls (by exact date and time) where Portfolio violated the FDCPA.  (Ex. B ¶¶ 8-11 and Ex. B-4 thereto.)

17.     Plaintiff has no actual damages in this case.  (Ex. B ¶¶ 3, 16.)

18.     Plaintiff has not brought forward evidence as to the number of calls that Portfolio placed to Plaintiff and that the number was egregious; and Plaintiff has not alleged that Portfolio threatened Plaintiff with violence or used obscene language in its calls to Plaintiff.  (Ex. B ¶¶ 9, 11, 14, 15 and see Exs. B-1, B-3 and B-4 thereto; see Doc. 1.)

19.     The only number that Plaintiff has identified that Portfolio contacted her at is xxx-xxx-1057.  (Ex. B ¶ 12.)

DATED this 30th day of April, 2019.

Respectfully submitted,

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
Joshua C. Dickinson, #51446MO
Shilee T. Mullin, #52207MO
13520 California Street, Suite 290
Omaha, NE 68154
(402) 965-8600  (telephone)
(402) 965-8601  (facsimile)
jdickinson@spencerfane.com
smullin@spencerfane.com

Patrick T. McLaughlin, #48633MO
1 North Brentwood Blvd., Suite 1000
St. Louis, MO  63105
(314) 863-7733  (telephone)
(314) 862-4656  (facsimile)
pmclaughlin@spencerfane.com

*Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 30th day of April, 2019, with notice of case activity generated and sent electronically to counsel of record.

/s/ Joshua C. Dickinson

4

OM 519582.1