**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SHANNON BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-cv-00042-HEA |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF   ITINA SPELLMAN IN SUPPORT OF**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Itina Spellman, pursuant to 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1.      I am the Custodian of Records for Defendant Portfolio Recovery Associates, LLC ("Portfolio").  I am familiar with Portfolio's policies, procedures, and record keeping system and I have personal knowledge, based upon my review of the account notes, recordings, and records in this case, as well as my own personal investigation of the facts and circumstances of this matter, of the testimony offered in this Declaration.  I make this Declaration in support of Portfolio's Motion for Summary Judgment.

2.      On or about November 29, 2016, PRA purchased Plaintiff's Maurices merchant account—an account upon which Plaintiff had defaulted—from Comenity Bank (hereinafter "Account").

3.      Comenity Bank had charged off the Account on December 17, 2015 and on December 10, 2016, Maurices sent Plaintiff a letter advising that her account had been charged off on December 17, 2015 and sold to Portfolio.

1

OM 519583.1

EXHIBIT A

4.      Absent any system issues, all calls made by Portfolio on an account are included in the account's call history through an internal API (application programmable interface) and batch process.  Further, Portfolio maintains account notes where account representatives detail information about each connected call.  In addition, call recordings are maintained for connected calls.

5.      I have reviewed the call history and account notes and listened to the call recordings in this case.  Plaintiff did not ask that Portfolio cease telephoning her regarding the Account.

6.      Portfolio called Plaintiff to attempt to collect her Account and had no intent to annoy, abuse, harass or oppress Plaintiff.

7.      Portfolio has a policy and procedure pertaining to verbal "do not call" requests and per the procedure, if the customer informs Portfolio not to call, Portfolio's representatives inform the customer that calls are discontinued for seven days as a courtesy to allow time for a written request to arrive and that if Portfolio does not receive it in that time period, it will continue to check back with the customer.

8.      If Plaintiff had verbally requested Portfolio "do not call," Portfolio's procedures required the representative to notate "N1 stated DNC."

9.      Plaintiff's Account notes contain no notation that "N1 stated DNC."

10.     Portfolio received no written request from Plaintiff asking Portfolio to cease telephoning her.

11.     Portfolio has written procedures that require Portfolio to cease telephoning a debtor when it receives a written request from the debtor to cease telephoning the debtor.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

OM 519583.1

EXECUTED THIS 29TH DAY OF APRIL, 2019 AT _____, _____.


_____
Signature

OM 519583.1

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SHANNON BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-cv-00042-HEA |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>VERIFICATION OF SIGNED ORIGINAL DOCUMENT</u>**

Pursuant to Local Rule 11-2.11, Joshua C. Dickinson hereby attests to the existence of a paper copy of the Declaration of Itina Spellman bearing her original signature.  The document was filed electronically on April 30, 2019, with a blank signature line.  Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

SPENCER FANE LLP

By: /s/ Joshua C. Dickinson
    Joshua C. Dickinson, #51446MO
    Shilee T. Mullin, #52207MO
    13520 California Street, Suite 290
    Omaha, NE 68154
    (402) 965-8600  (telephone)
    (402) 965-8601  (facsimile)
    jdickinson@spencerfane.com
    smullin@spencerfane.com

    Patrick T. McLaughlin, #48633MO
    1 North Brentwood Blvd., Suite 1000
    St. Louis, MO 63105
    (314) 863-7733 (telephone)
    (314) 862-4656 (facsimile)
    pmclaughlin@spencerfane.com

    *Attorneys for Defendant*

1

OM 519584.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 30th day of April, 2019, with notice of case activity generated and sent electronically to counsel of record.

/s/ Joshua C. Dickinson_____

OM 519584.1