# EXHIBIT "A"

Account: ▮6693                                                    Page 1 of 3





Portfolio Recovery Associates, LLC

| Main Menu | Search | Work List | Answer | Break | End Session | Help Desk |
|---|---|---|---|---|---|---|
| PRA Intranet | Skip Links | ICS Search | Timed | ODI | Mgr Reports | Manual Transfer |

| Account: ▮6693 | Responsibility: | PORT | Status: | RTNS | HP Days: | -839 |
|---|---|---|---|---|---|---|
| Edit/View Account Relations | | | CBR: | 5/17/2022 | SOL: | |

No linked Accounts found for Debtor 1.

**BENSON; SHANNON**    DOB ▮977
Relation    PrimDebtor    SSN ▮8921

Email    [Add Email]    State not eligible for email at this time

Last Call    9/13/2017    Location    MO
Last RPC    9/13/2017    Language
Hold Date

Address Type: Home
Address    ▮
City    MACON    State  MO
County    MACON    Zip    63552-1621

Inconvenient Call Time
**Required Disclosure Statements**

⊞ **All Addresses for Debtor 1 and Debtor 2**

⊞ **All Email Addresses for Debtor 1 and Debtor 2**

| [Hold] | | [Transfer] | |
|---|---|---|---|
| [Drop] | | [Complete] | [Cancel] |

| | Phone Number | Phone Type | Do Not Call | Wrong Number | Last RPC | Hold Date |
|---|---|---|---|---|---|---|
| | ▮-1057 | Personal ⌄ | | ⌄ | 9/13/2017 | |
| | ▮-7734 | Personal ⌄ | ⌄ | Wrong Party ⌄ | | |
| | ▮-8601 | Personal ⌄ | ⌄ | Disconnected ⌄ | | |

**Debtor Phones**

| [Dial] | Phone Number [ ] | Phone Type [ ⌄ ] | Source [ ⌄ ] |
|---|---|---|---|

| Purchase | Putback | Loan Date | Charge Off | Last Pay Date |
|---|---|---|---|---|
| 11/29/2016 | 2/27/2017 | 1/22/2015 | 12/17/2015 | 5/1/2015 |
| PTP Date | Last CBR Date | Deleted CBR Date | CBR Status | Delq Date |
| N/A | 9/8/2017 | 9/20/2017 | Delete Status | 7/17/2015 |

Account: ████6693

Page 2 of 3

| Get Payment History | | Add Bankruptcy Information | |
|---|---|---|---|
| Original Bal | $390.17 | PIF | $390.17 |
| ChgOff Amt | $399.21 | Accrued Int | $0.00 |
| Last Pay Amt | $38.00 | Allowance | 0.00 |
| Net Purchase Balance | $390.17 | NBal | $390.17 |
| NSFs | $0.00 (0) | Documents | 14 |
| Orig Rate | 0.00% | Current Rate | 0.00% |
| Min Amt For PIF Bonus | $390.17 | OALD Documents | 4 |
| | | Seller Mailed To Customer | |

Seller: **COMENITY BANK**  
Merchant: **MAURICES**  
Original Creditor: **COMENITY BANK**  
Make Payments to: PORTFOLIO RECOVERY ASSOCIATES, LLC   P.O. BOX 12914 NORFOLK VA 23541

Prod Code  PVT  
Pool  ADSBW1

Credit Bureau   Request Letters   Putback   Request Docs   Supplemental Info   Collect Info   Current Balance

Add Note   Payment   Apply Changes

Refresh Notes

| Date | Entry | ACT | RST | Note |
|---|---|---|---|---|
| 10/2/2017 10:43:26 AM | ROF | ARS | INS | Account Status was changed from RTNP to RTNS |
| 10/2/2017 10:43:25 AM | ROF | ARS | INS | Account Putback Request Sent to Seller |
| 9/22/2017 4:47:50 PM | DDT | ARS | INS | GC RCVD COMPLIANT - N1 RESPESENTED BY CRAIG KIMMEL, ESQ. ALL CALLS TO GC EXT. 17939 |
| 9/22/2017 4:46:40 PM | DDT | ARR | INS | 3rd Party Representation for BENSON; SHANNON |
| 9/20/2017 9:39:52 AM | ROF | ARS | INS | Putback Status Change from R2C to RTNP. Account Pending Putback to Seller.<br>Reason(s): Seller Requested |
| 9/13/2017 5:06:18 PM | PRT045 | TH1 | STC | R-n1 sd that she was driving and stopped responding<br>E-<br>P-<br>A-<br>I-<br>R-fu |
| 8/24/2017 9:42:06 PM | PRH377 | TO | STC | Dialed: ████-1057<br>N1 HU MM |
| 8/22/2017 5:30:43 AM | | ARS | LTR | Strategy Offer Letter (49SO2) sent: Compu Mail<br>Opt1 - 30% Savings: 1 payments of $273.12 first payment due by 09/22/2017 |
| 6/5/2017 5:43:54 PM | PRT173 | TH1 | STC | R-rad<br>E-hs cking<br>P-advsed n1 of acct n1 sd she doesn't like gving cking info, advsed n1 of website<br>A-bif, pymnts, s/l n1 declined<br>I-vrfy addy ,soc, ph<br>R-ree-d/n1<br>Dialed: ████-1057 |
| 5/16/2017 6:08:00 AM | | ARS | LTR | Strategy Offer Letter (49SO2) sent: Compu Mail<br>Opt1 - 20% Savings: 1 payments of $312.00 first payment due by 06/16/2017 |
| 5/10/2017 4:12:19 PM | PRD214 | TO | STC | Dialed: ████-1057<br>R-RAD<br>E-N/A<br>P-N1 STATED THAT SHE DIDNT HAVE ANY MONEY TODAY I ASKED NOT EVEN TEN DOLLAR N1 HU BEFORE STATING YES OR NO .<br>A-N/A |

10/16/2017  
DEF0002

Account: ███6693

| Date | Code | | | Notes |
|---|---|---|---|---|
| | | | | I-N/A<br>R-N1 HU |
| 3/1/2017 6:56:08 PM | PRA105 | TO | STC | R- reviewed<br>E- dnd<br>P- dnd/inconv time<br>A- offered pif<br>I- dnd/inconv time<br>R- n1said she is driving and can't talk, inconv time |
| 2/14/2017 5:38:14 AM | | ARS | LTR | Strategy Offer Letter (49SO2) sent: DANTOM Systems<br>Opt1 - 20% Savings: 1 payments of $312.00 first payment due by 03/17/2017 |
| 2/9/2017 5:17:23 PM | PRA171 | TH1 | STC | R- reviewed<br>E- oow since 12/31/2016<br>P- when I asked about tax return - n1 got upset and hu<br>A-<br>I-<br>R- |
| 2/3/2017 5:00:56 PM | PRT144 | TO | NM | No Msg at ███1057)<br>am/nml |
| 1/26/2017 5:18:25 PM | PRT172 | TH1 | STC | Dialed: ███-1057<br>R-REVIEW ACCOUNT DETAILS<br>E-DND<br>P-SD WILL PAY NEXT MONTH<br>A-WILL PAY $390.17<br>I-ADDY<br>R-RE-ED-N1 |
| 1/18/2017 5:12:05 PM | PRT029 | TO | STC | Dialed: ███-1057<br>R-reviewed<br>E-oow<br>P-n1 ck hasn't got w/2 but does plan to pay out of her taxes<br>A-331.64 2/28 n1 agreed then sd she isn't comfortable using debit because she isn't sure when she will have the money<br>I-vrfy addy<br>R-re ed n1 |
| 12/22/2016 12:23:11 PM | PRT119 | DH | DIS | Wrong Number - ███7734)<br>wn |
| 12/14/2016 4:41:44 AM | | ARS | LTR | Letter Initial Notification (001) sent: Compu Mail |
| 12/14/2016 2:20:45 AM | POOLLT | | | Status changed to R2C |

| ID: DDT | Last Activity: 3:32 PM | Unit: COUNSL | User: DDTOLBERT |
|---|---|---|---|
| Get Last Worked | Time Tracker: **INACTIVE** | Work TBD | Manager: SRPOWELL |

Version 7.21.0.0 - Copyright © 2004-2016, PRA Group, Inc. All Rights Reserved. - Server: NHOPRAWEBP6

| | |
|---|---|
| TRAN_DATE | 11/22/2016 |
| ACCT_NO | ████████6693 |
| DIV_NO | 85 |
| DIV_NAME | MAURICES |
| CYCLE_NUMBER | 30 |
| CREDIT_TERM_NUMBER | 1 |
| PLAN_NUMBER | 0 |
| SURNAME | |
| FIRST_NAME | SHANNON |
| MIDDLE_INITIAL | |
| LAST_NAME | BENSON |
| SUFFIX_CODE | |
| JOINT_SURNAME | |
| JOINT_FIRST_NAME | |
| JOINT_MIDDLE_INITIAL | |
| JOINT_LAST_NAME | |
| JOINT_SUFFIX_CODE | |
| JOINT_SSN | 0 |
| EMPLOYER_NAME | NLE |
| STR_ADDR | ████████ |
| SEC_STR_ADDR | |
| CITY | MACON |
| STATE | MO |
| ZIP_CD | 63552 |
| ZIP_PLUS4 | 1621 |
| HOME_PHONE | ████7734 |
| HOME_PHONE_VALIDITY_CODE | B |
| BUSINESS_PHONE | ████1057 |
| BUSINESS_PHONE_VALIDITY_CODE | B |
| PRIMARY_SSN | ████8921 |
| OPEN_DATE | 1/22/2015 |
| WRITE_OFF_DATE | 12/17/2015 |
| LAST_PYMT_DATE | 5/1/2015 |
| LAST_PYMT_AMT | 38 |
| LAST_PURCHASE_DATE | 3/7/2015 |
| LAST_PURCHASE_AMOUNT | 22.77 |
| CUSTOMER_DATE_OF_BIRTH | ████1977 |
| WRITE_OFF_AMT | 399.21 |
| CURRENT_BALANCE | 390.17 |
| FIRST_DELQ_DATE | 7/17/2015 |
| PRINCIPAL_BALANCE | 121.08 |
| UNPAID_FINANCE_CHARGES | 54.09 |
| UNPAID_LATE_FEES | 215 |
| UNPAID_MISCELLANEOUS_FEES | 0 |

DEF0004

| | |
|---|---|
| SERIES_NUMBER | 100 |
| CURRENT_AGENCY_NUMBER | 150 |
| STATUS_CODE_1 | 84 |
| STATUS_CODE_1_DATE | 12/18/2015 |
| STATUS_CODE_2 | 0 |
| STATUS_CODE_2_DATE | 1/22/2015 |
| STATUS_CODE_3 | 0 |
| STATUS_CODE_3_DATE | 1/22/2015 |
| SOA_TP_TYPE | |
| SOA_TP_SUR_TITLE_CD | |
| SOA_TP_FIRST_NAME | |
| SOA_TP_MIDDLE_INIT | |
| OA_TP_LAST_NAME | |
| SOA_TP_SUFFIX | |
| SOA_TP_ADDR_LINE_1 | |
| SOA_TP_ADDR_LINE_2 | |
| SOA_TP_CITY | |
| SOA_TP_STATE | |
| SOA_TP_ZIP_CODE | 0 |
| SOA_TP_ZIP_CODE_PLUS4 | 0 |
| SOA_TP_HOME_PHONE_NO | 0 |
| SOA_TP_WORK_PHONE_NO | 0 |
| SOA_HOME_PHONE_VALIDITY_CODE | |
| SOA_BUSINESS_PHONE_VALIDITY_CODE | |
| BK_CHAPTER | |
| BK_FILING_DATE | |
| BK_CASE_NUMBER | |
| BK_CITY | |
| BK_STATE | |
| ACCT_ID | ███9536 |
| SAFE_HARBOR_AMT | 27 |
| SAFE_HARBOR_AMT2 | 37 |
| CCA_INUSE_DATE_OffUs | 12/31/1899 |
| ANFTRM_FEE_TYPE_OffUs | |
| ANFTRM_FEE_AMT_PCT_OffUs | 0 |
| ANFTRM_MIN_FEE_OffUs | 0 |
| ANFTRM_MAX_FEE_OffUs | 0 |
| NGCTRM_MIN_FEE_OffUs | 0 |
| NGCTRM_PCT_FEE_OffUs | 0 |
| NGCTRM_FLAT_FEE_AMT_OffUs | 37 |
| INRATE_INTEREST_RATE_OffUs | 27.24 |

DEF0005

| | |
|---|---|
| INRATE_COLL_INT_RATE_OffUs | 27.24 |
| INRATE_INT_CSH_RATE_OffUs | 0 |
| INRATE_COLL_CSH_RATE_OffUs | 0 |
| INTERM_GRACE_PERIOD_IND_OffUs | Y |
| MININT_MIN_FINCHRG_AMT_OffUs | 2 |
| PAYTRM_MIN_ASK_AMT_OffUs | 27 |
| PAYRTE_MAX_BAL_D_OffUs | 142.86 |
| PAYRTE_RATE_D_OffUs | 5 |
| PAYRTE_MAX_BAL_P_OffUs | 9999999.99 |
| PAYRTE_RATE_P_OffUs | 3.5 |
| CSHADV_FEE_AMT_OffUs | 0 |
| CSHADV_FEE_PCT_RATE_OffUs | 0 |
| CSHADV_MIN_FEE_AMT_OffUs | 0 |
| CSHADV_MAX_FEE_AMT_OffUs | 0 |
| LTFTRM_PCT_OF_DELQ_AMT_OffUs | 0 |
| LTFTRM_FLAT_FEE_AMT_OffUs | 37 |
| LTFTRM_MIN_LF_AMT_OffUs | 37 |
| LTFTRM_MAX_LF_AMT_OffUs | 37 |
| LTFTRM_DAYS_OF_DELQ_OffUs | 0 |
| LTFTRM_VARD_DATE_TYPE_OffUs | P |
| FRGNDF_FEE_PCT_RATE_OffUs | 0 |
| FRGNDF_FEE_AMT_OffUs | 0 |
| FRGNDF_MIN_FEE_AMT_OffUs | 0 |
| FRGNDF_MAX_FEE_AMT_OffUs | 0 |
| CCA_INUSE_DATE_OnUs | |
| ANFTRM_FEE_TYPE_OnUs | |
| ANFTRM_FEE_AMT_PCT_OnUs | 0 |
| ANFTRM_MIN_FEE_OnUs | 0 |
| ANFTRM_MAX_FEE_OnUs | 0 |
| NGCTRM_MIN_FEE_OnUs | 0 |
| NGCTRM_PCT_FEE_OnUs | 0 |
| NGCTRM_FLAT_FEE_AMT_OnUs | 0 |

DEF0006

| | |
|---|---|
| INRATE_INTEREST_RATE_OnUs | 0 |
| INRATE_COLL_INT_RATE_OnUs | 0 |
| INRATE_INT_CSH_RATE_OnUs | 0 |
| INRATE_COLL_CSH_RATE_OnUs | 0 |
| INTERM_GRACE_PERIOD_IND_OnUs | |
| MININT_MIN_FINCHRG_AMT_OnUs | 0 |
| PAYTRM_MIN_ASK_AMT_OnUs | 0 |
| PAYRTE_MAX_BAL_D_OnUs | 0 |
| PAYRTE_RATE_D_OnUs | 0 |
| PAYRTE_MAX_BAL_P_OnUs | 0 |
| PAYRTE_RATE_P_OnUs | 0 |
| CSHADV_FEE_AMT_OnUs | 0 |
| CSHADV_FEE_PCT_RATE_OnUs | 0 |
| CSHADV_MIN_FEE_AMT_OnUs | 0 |
| CSHADV_MAX_FEE_AMT_OnUs | 0 |
| LTFTRM_PCT_OF_DELQ_AMT_OnUs | 0 |
| LTFTRM_FLAT_FEE_AMT_OnUs | 0 |
| LTFTRM_MIN_LF_AMT_OnUs | 0 |
| LTFTRM_MAX_LF_AMT_OnUs | 0 |
| LTFTRM_DAYS_OF_DELQ_OnUs | 0 |
| LTFTRM_VARD_DATE_TYPE_OnUs | |
| FRGNDF_FEE_PCT_RATE_OnUs | 0 |
| FRGNDF_FEE_AMT_OnUs | 0 |
| FRGNDF_MIN_FEE_AMT_OnUs | 0 |
| FRGNDF_MAX_FEE_AMT_OnUs | 0 |
| Post Write Off Fees | 0 |
| Post Write Off Payments | 0 |
| Post Write Off Adjustments | -9.04 |
| Post Write Off Other | 0 |
| ACCT_NO_2 | ███ 6693 |
| FILE | WFNB |
| ATLAS_ACCTNUM | ███ 6693 |