**EXHIBIT B**

**Recording Dated January 18, 2017**

**(to be submitted directly to Chambers)**