**EXHIBIT C**

**Recording Dated February 9, 2017**

**(to be submitted directly to Chambers)**