**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| SHANNON BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-cv-00042-HEA |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, on this date _____ of _____, 2019, upon review

of Defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment and Plaintiff

Shannon Benson's response thereto, it is hereby ORDERED that Defendant's Motion is

DENIED.

BY THE COURT:

_____

, J.