# EXHIBIT "A"

Account: ▓▓6693          Page 1 of 3





Portfolio Recovery Associates, LLC



| Main Menu | Search | Work List | Answer | Break | End Session | Help Desk |
|---|---|---|---|---|---|---|
| PRA Intranet | Skip Links | ICS Search | Timed | ODI | Mgr Reports | Manual Transfer |

| Account: ▓▓6693 | Responsibility: | PORT | Status: | RTNS | HP Days: | -839 |
|---|---|---|---|---|---|---|
| Edit/View Account Relations | | | CBR: | 5/17/2022 | SOL: | |

No linked Accounts found for Debtor 1.

**BENSON; SHANNON**    DOB ▓▓977

| Relation | PrimDebtor | SSN ▓▓8921 |
|---|---|---|
| Email | Add Email | State not eligible for email at this time |
| Last Call | 9/13/2017 | Location MO |
| Last RPC | 9/13/2017 | Language |
| Hold Date | | |

Address Type: Home

| Address | ▓▓▓▓ | |
|---|---|---|
| City | MACON | State MO |
| County | MACON | Zip 63552-1621 |

Inconvenient Call Time

Required Disclosure Statements

⊞ **All Addresses for Debtor 1 and Debtor 2**

⊞ **All Email Addresses for Debtor 1 and Debtor 2**

| Hold | | Transfer | |
|---|---|---|---|
| Drop | | Complete | Cancel |

### Debtor Phones

| Phone Number | Phone Type | Do Not Call | Wrong Number | Last RPC | Hold Date |
|---|---|---|---|---|---|
| ▓▓-1057 | Personal ▾ | | ▾ | 9/13/2017 | |
| ▓▓-7734 | Personal ▾ | ▾ | Wrong Party ▾ | | |
| ▓▓-8601 | Personal ▾ | ▾ | Disconnected ▾ | | |

| Dial | Phone Number | | Phone Type ▾ | Source ▾ |
|---|---|---|---|---|

| Purchase | Putback | Loan Date | Charge Off | Last Pay Date |
|---|---|---|---|---|
| 11/29/2016 | 2/27/2017 | 1/22/2015 | 12/17/2015 | 5/1/2015 |
| **PTP Date** | **Last CBR Date** | **Deleted CBR Date** | **CBR Status** | **Delq Date** |
| N/A | 9/8/2017 | 9/20/2017 | Delete Status | 7/17/2015 |

https://pranet/pranet/viewaccount.aspx?acct=▓▓6693       10/16/2017

DEF0001

Account: ████6693                                                                Page 2 of 3

| Get Payment History | | Add Bankruptcy Information | |
|---|---|---|---|
| Original Bal | $390.17 | PIF | $390.17 |
| ChgOff Amt | $399.21 | Accrued Int | $0.00 |
| Last Pay Amt | $38.00 | Allowance | 0.00 |
| Net Purchase Balance | $390.17 | NBal | $390.17 |
| NSFs | $0.00 (0) | Documents | 14 |
| Orig Rate | 0.00% | Current Rate | 0.00% |
| Min Amt For PIF Bonus | $390.17 | OALD Documents | 4 |
| | | Seller Mailed To Customer | |

Seller:             **COMENITY BANK**                           Prod Code   PVT
Merchant:           **MAURICES**                                Pool        ADSBW1
Original Creditor:  **COMENITY BANK**
Make Payments to:   PORTFOLIO RECOVERY ASSOCIATES, LLC   P.O. BOX 12914 NORFOLK VA 23541

Credit Bureau   Request Letters   Putback   Request Docs   Supplemental Info   Collect Info   Current Balance

| Add Note | Payment | Apply Changes |
|---|---|---|

Refresh Notes

| Date | Entry | ACT | RST | Note |
|---|---|---|---|---|
| 10/2/2017 10:43:26 AM | ROF | ARS | INS | Account Status was changed from RTNP to RTNS |
| 10/2/2017 10:43:25 AM | ROF | ARS | INS | Account Putback Request Sent to Seller |
| 9/22/2017 4:47:50 PM | DDT | ARS | INS | GC RCVD COMPLIANT - N1 RESPESENTED BY CRAIG KIMMEL, ESQ. ALL CALLS TO GC EXT. 17939 |
| 9/22/2017 4:46:40 PM | DDT | ARR | INS | 3rd Party Representation for BENSON; SHANNON |
| 9/20/2017 9:39:52 AM | ROF | ARS | INS | Putback Status Change from R2C to RTNP. Account Pending Putback to Seller. Reason(s): Seller Requested |
| 9/13/2017 5:06:18 PM | PRT045 | TH1 | STC | R-n1 sd that she was driving and stopped responding<br>E-<br>P-<br>A-<br>I-<br>R-fu |
| 8/24/2017 9:42:06 PM | PRH377 | TO | STC | Dialed: ████-1057<br>N1 HU MM |
| 8/22/2017 5:30:43 AM | | ARS | LTR | Strategy Offer Letter (49SO2) sent: Compu Mail Opt1 - 30% Savings: 1 payments of $273.12 first payment due by 09/22/2017 |
| 6/5/2017 5:43:54 PM | PRT173 | TH1 | STC | R-rad<br>E-hs cking<br>P-advsed n1 of acct n1 sd she doesn't like gving cking info, advsed n1 of website<br>A-bif, pymnts, s/l n1 declined<br>I-vrfy addy ,soc, ph<br>R-ree-d/n1<br>Dialed: ████-1057 |
| 5/16/2017 6:08:00 AM | | ARS | LTR | Strategy Offer Letter (49SO2) sent: Compu Mail Opt1 - 20% Savings: 1 payments of $312.00 first payment due by 06/16/2017 |
| 5/10/2017 4:12:19 PM | PRD214 | TO | STC | Dialed: ████-1057<br>R-RAD<br>E-N/A<br>P-N1 STATED THAT SHE DIDNT HAVE ANY MONEY TODAY I ASKED NOT EVEN TEN DOLLAR N1 HU BEFORE STATING YES OR NO .<br>A-N/A |

DEF0002

Account: ▮6693

| | | | | |
|---|---|---|---|---|
| | | | | I-N/A<br>R-N1 HU |
| 3/1/2017 6:56:08 PM | PRA105 | TO | STC | R- reviewed<br>E- dnd<br>P- dnd/inconv time<br>A- offered pif<br>I- dnd/inconv time<br>R- n1said she is driving and can't talk, inconv time |
| 2/14/2017 5:38:14 AM | | ARS | LTR | Strategy Offer Letter (49SO2) sent: DANTOM Systems<br>Opt1 - 20% Savings: 1 payments of $312.00 first payment due by 03/17/2017 |
| 2/9/2017 5:17:23 PM | PRA171 | TH1 | STC | R- reviewed<br>E- oow since 12/31/2016<br>P- when I asked about tax return - n1 got upset and hu<br>A-<br>I-<br>R- |
| 2/3/2017 5:00:56 PM | PRT144 | TO | NM | No Msg at ▮1057)<br>am/nml |
| 1/26/2017 5:18:25 PM | PRT172 | TH1 | STC | Dialed: ▮-1057<br>R-REVIEW ACCOUNT DETAILS<br>E-DND<br>P-SD WILL PAY NEXT MONTH<br>A-WILL PAY $390.17<br>I-ADDY<br>R-RE-ED-N1 |
| 1/18/2017 5:12:05 PM | PRT029 | TO | STC | Dialed: ▮-1057<br>R-reviewed<br>E-oow<br>P-n1 ck hasn't got w/2 but does plan to pay out of her taxes<br>A-331.64 2/28 n1 agreed then sd she isn't comfortable using debit because she isn't sure when she will have the money<br>I-vrfy addy<br>R-re ed n1 |
| 12/22/2016 12:23:11 PM | PRT119 | DH | DIS | Wrong Number - ▮7734)<br>wn |
| 12/14/2016 4:41:44 AM | | ARS | LTR | Letter Initial Notification (001) sent: Compu Mail |
| 12/14/2016 2:20:45 AM | POOLLT | | | Status changed to R2C |

| | | | |
|---|---|---|---|
| ID: DDT | Last Activity: 3:32 PM | Unit: COUNSL | User: DDTOLBERT |
| Get Last Worked | Time Tracker: **INACTIVE** | Work TBD | Manager: SRPOWELL |

Version 7.21.0.0 - Copyright © 2004-2016, PRA Group, Inc. All Rights Reserved. - Server: NHOPRAWEBP6

10/16/2017
DEF0003

| | |
|---|---|
| TRAN_DATE | 11/22/2016 |
| ACCT_NO | ████████6693 |
| DIV_NO | 85 |
| DIV_NAME | MAURICES |
| CYCLE_NUMBER | 30 |
| CREDIT_TERM_NUMBER | 1 |
| PLAN_NUMBER | 0 |
| SURNAME | |
| FIRST_NAME | SHANNON |
| MIDDLE_INITIAL | |
| LAST_NAME | BENSON |
| SUFFIX_CODE | |
| JOINT_SURNAME | |
| JOINT_FIRST_NAME | |
| JOINT_MIDDLE_INITIAL | |
| JOINT_LAST_NAME | |
| JOINT_SUFFIX_CODE | |
| JOINT_SSN | 0 |
| EMPLOYER_NAME | NLE |
| STR_ADDR | ████████ |
| SEC_STR_ADDR | |
| CITY | MACON |
| STATE | MO |
| ZIP_CD | 63552 |
| ZIP_PLUS4 | 1621 |
| HOME_PHONE | ████7734 |
| HOME_PHONE_VALIDITY_CODE | B |
| BUSINESS_PHONE | ████1057 |
| BUSINESS_PHONE_VALIDITY_CODE | B |
| PRIMARY_SSN | ████8921 |
| OPEN_DATE | 1/22/2015 |
| WRITE_OFF_DATE | 12/17/2015 |
| LAST_PYMT_DATE | 5/1/2015 |
| LAST_PYMT_AMT | 38 |
| LAST_PURCHASE_DATE | 3/7/2015 |
| LAST_PURCHASE_AMOUNT | 22.77 |
| CUSTOMER_DATE_OF_BIRTH | ████1977 |
| WRITE_OFF_AMT | 399.21 |
| CURRENT_BALANCE | 390.17 |
| FIRST_DELQ_DATE | 7/17/2015 |
| PRINCIPAL_BALANCE | 121.08 |
| UNPAID_FINANCE_CHARGES | 54.09 |
| UNPAID_LATE_FEES | 215 |
| UNPAID_MISCELLANEOUS_FEES | 0 |

DEF0004

| | |
|---|---|
| SERIES_NUMBER | 100 |
| CURRENT_AGENCY_NUMBER | 150 |
| STATUS_CODE_1 | 84 |
| STATUS_CODE_1_DATE | 12/18/2015 |
| STATUS_CODE_2 | 0 |
| STATUS_CODE_2_DATE | 1/22/2015 |
| STATUS_CODE_3 | 0 |
| STATUS_CODE_3_DATE | 1/22/2015 |
| SOA_TP_TYPE | |
| SOA_TP_SUR_TITLE_CD | |
| SOA_TP_FIRST_NAME | |
| SOA_TP_MIDDLE_INIT | |
| OA_TP_LAST_NAME | |
| SOA_TP_SUFFIX | |
| SOA_TP_ADDR_LINE_1 | |
| SOA_TP_ADDR_LINE_2 | |
| SOA_TP_CITY | |
| SOA_TP_STATE | |
| SOA_TP_ZIP_CODE | 0 |
| SOA_TP_ZIP_CODE_PLUS4 | 0 |
| SOA_TP_HOME_PHONE_NO | 0 |
| SOA_TP_WORK_PHONE_NO | 0 |
| SOA_HOME_PHONE_VALIDITY_CODE | |
| SOA_BUSINESS_PHONE_VALIDITY_CODE | |
| BK_CHAPTER | |
| BK_FILING_DATE | |
| BK_CASE_NUMBER | |
| BK_CITY | |
| BK_STATE | |
| ACCT_ID | █████9536 |
| SAFE_HARBOR_AMT | 27 |
| SAFE_HARBOR_AMT2 | 37 |
| CCA_INUSE_DATE_OffUs | 12/31/1899 |
| ANFTRM_FEE_TYPE_OffUs | |
| ANFTRM_FEE_AMT_PCT_OffUs | 0 |
| ANFTRM_MIN_FEE_OffUs | 0 |
| ANFTRM_MAX_FEE_OffUs | 0 |
| NGCTRM_MIN_FEE_OffUs | 0 |
| NGCTRM_PCT_FEE_OffUs | 0 |
| NGCTRM_FLAT_FEE_AMT_OffUs | 37 |
| INRATE_INTEREST_RATE_OffUs | 27.24 |

DEF0005

| | |
|---|---|
| INRATE_COLL_INT_RATE_OffUs | 27.24 |
| INRATE_INT_CSH_RATE_OffUs | 0 |
| INRATE_COLL_CSH_RATE_OffUs | 0 |
| INTERM_GRACE_PERIOD_IND_OffUs | Y |
| MININT_MIN_FINCHRG_AMT_OffUs | 2 |
| PAYTRM_MIN_ASK_AMT_OffUs | 27 |
| PAYRTE_MAX_BAL_D_OffUs | 142.86 |
| PAYRTE_RATE_D_OffUs | 5 |
| PAYRTE_MAX_BAL_P_OffUs | 9999999.99 |
| PAYRTE_RATE_P_OffUs | 3.5 |
| CSHADV_FEE_AMT_OffUs | 0 |
| CSHADV_FEE_PCT_RATE_OffUs | 0 |
| CSHADV_MIN_FEE_AMT_OffUs | 0 |
| CSHADV_MAX_FEE_AMT_OffUs | 0 |
| LTFTRM_PCT_OF_DELQ_AMT_OffUs | 0 |
| LTFTRM_FLAT_FEE_AMT_OffUs | 37 |
| LTFTRM_MIN_LF_AMT_OffUs | 37 |
| LTFTRM_MAX_LF_AMT_OffUs | 37 |
| LTFTRM_DAYS_OF_DELQ_OffUs | 0 |
| LTFTRM_VARD_DATE_TYPE_OffUs | P |
| FRGNDF_FEE_PCT_RATE_OffUs | 0 |
| FRGNDF_FEE_AMT_OffUs | 0 |
| FRGNDF_MIN_FEE_AMT_OffUs | 0 |
| FRGNDF_MAX_FEE_AMT_OffUs | 0 |
| CCA_INUSE_DATE_OnUs | |
| ANFTRM_FEE_TYPE_OnUs | |
| ANFTRM_FEE_AMT_PCT_OnUs | 0 |
| ANFTRM_MIN_FEE_OnUs | 0 |
| ANFTRM_MAX_FEE_OnUs | 0 |
| NGCTRM_MIN_FEE_OnUs | 0 |
| NGCTRM_PCT_FEE_OnUs | 0 |
| NGCTRM_FLAT_FEE_AMT_OnUs | 0 |

DEF0006

| | |
|---|---|
| INRATE_INTEREST_RATE_OnUs | 0 |
| INRATE_COLL_INT_RATE_OnUs | 0 |
| INRATE_INT_CSH_RATE_OnUs | 0 |
| INRATE_COLL_CSH_RATE_OnUs | 0 |
| INTERM_GRACE_PERIOD_IND_OnUs | |
| MININT_MIN_FINCHRG_AMT_OnUs | 0 |
| PAYTRM_MIN_ASK_AMT_OnUs | 0 |
| PAYRTE_MAX_BAL_D_OnUs | 0 |
| PAYRTE_RATE_D_OnUs | 0 |
| PAYRTE_MAX_BAL_P_OnUs | 0 |
| PAYRTE_RATE_P_OnUs | 0 |
| CSHADV_FEE_AMT_OnUs | 0 |
| CSHADV_FEE_PCT_RATE_OnUs | 0 |
| CSHADV_MIN_FEE_AMT_OnUs | 0 |
| CSHADV_MAX_FEE_AMT_OnUs | 0 |
| LTFTRM_PCT_OF_DELQ_AMT_OnUs | 0 |
| LTFTRM_FLAT_FEE_AMT_OnUs | 0 |
| LTFTRM_MIN_LF_AMT_OnUs | 0 |
| LTFTRM_MAX_LF_AMT_OnUs | 0 |
| LTFTRM_DAYS_OF_DELQ_OnUs | 0 |
| LTFTRM_VARD_DATE_TYPE_OnUs | |
| FRGNDF_FEE_PCT_RATE_OnUs | 0 |
| FRGNDF_FEE_AMT_OnUs | 0 |
| FRGNDF_MIN_FEE_AMT_OnUs | 0 |
| FRGNDF_MAX_FEE_AMT_OnUs | 0 |
| Post Write Off Fees | 0 |
| Post Write Off Payments | 0 |
| Post Write Off Adjustments | -9.04 |
| Post Write Off Other | 0 |
| ACCT_NO_2 | ████6693 |
| FILE | WFNB |
| ATLAS_ACCTNUM | ████6693 |

DEF0007