

ROBERT M. SILVERMAN
CRAIG THOR KIMMEL

+ Member, PA Bar
* Member, NJ Bar
x Member, DE Bar
· Member, NY Bar
^ Member, MA Bar
# Member, MD Bar
* Member, OH Bar
§ Member, MI Bar
° Member, NH Bar
· Member, CT Bar
" Member, TN Bar
µ Member, WY Bar
Y Member, DC Bar
¢ Member, CA Bar

# KIMMEL & SILVERMAN
## P.C.

AMY L. BENNECOFF GINSBURG
W. CHRISTOPHER COMPONOVO
CHADE DOMAN
RYAN FITZGERALD
JASON L. GRESHES
SHANNON R. HARKINS
JACQUELINE C. HERRITT
RACHEL M. MALL
JOSEPH C. MURPHY
ROBERT A. KARWIN
CHRISTOPHER B. STEVENS

www.CREDITLAW.com
(800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373
**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380
**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334
**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543
**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112
**W. PENNSYLVANIA**, 210 Grant Street, Suite 202, Pittsburgh, PA 15219, (412) 566-1001
**Please reply to CORPORATE HEADQUARTERS**

May 22, 2019

MANDATORY CHAMBERS COPY

Via FedEx
Thomas F. Eagleton U.S. Courthouse
Clerk of Court
111 South 10th Street
St. Louis, MO 63102

**Case Name:** Benson v. Portfolio Recovery Associates, LLC,
**Case Number:** 2:18-cv-00042-HEA

Dear Clerk of the Court:

Please accept the enclosed to conventionally file on the docket as a courtesy copy for Judge Autrey (Docket entry 31):

**Plaintiff's Exhibits B and C in Support of its Response in Opposition to Defendant's Motion for Summary Judgment**

Should you have any questions, please contact me, (215)540-8888 extension 105.

Very truly yours,
/s/ Joseph C. Hoeffel, Esquire

JCH/mp
Enclosures

*"When Debt Collectors called you, they never expected you to call us"*
© Copyright 2009-2011 All Rights Reserved, Kimmel & Silverman, P.C.